THE PEOPLE OF THE STATE OF NEW YORK ex rel. SOLOMON MASSARSKY, Appellant, against WILLIAM A. ADAMS, as Warden of the City Prison of the City of New York, Respondent.

Argued April 17, 1945; decided May 24, 1945.

*Myron J. Greene, Harry G. Anderson* and *Samuel Bader* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*William F. McNulty, Orrin G. Judd, Saul A. Shames* and *John P. Powers* of counsel), for respondent.

Order affirmed; no opinion. [See 294 N. Y. 872.]

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.